# B‍ROMBERG L‍AW O‍FFICE, P.C.

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY, NJ & CA) | 26 Broadway, 27th Floor |
| Joshua Tarrant-Windt, Associate (Admitted in NY) | New York, NY 10004 |
| | Phone: (212) 248-7906 |
| | Fax:   (212) 248-7908 |

March 18, 2020

<u>Via ECF</u>
Honorable Robert M. Levy, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *DeVito v. Neiman, et al.* EDNY Case No. 19-CV-5099 (ARR)(RML)

Dear Judge Levy:

My office represents the plaintiff, Robert DeVito, in the above-referenced case. I am writing in response to the letter filed last night by David M. Barshay, Esq., counsel for defendants Herman Jacobowitz and Expedite Collections Inc. (Dkt. 45) Plaintiff requests permission to respond to the scurrilous and irrelevant accusations of misconduct contained in that letter.

Respectfully,

/s/ Joshua Tarrant-Windt

Joshua Tarrant-Windt

cc:    All Counsel of Record (Via ECF)