UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ROBERT DEVITO,

                           Plaintiff,

v.                                       No. 19-CV-5099 (ARR)(RML)

JEFFREY NEIMAN,
HERMAN JACOBOWITZ a/k/a
HERMAN JACOBS,
EXPEDITE COLLECTIONS INC.,
STEPHEN W. BIEGEL,
RFC DISTRIBUTORS INC.,
BARRY KLEIN, and
JOHN DOES 1-10,

                           Defendants.
_____

## Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Robert DeVito and counsel for Defendants Jeffrey Neiman, Herman Jacobowitz, Expedite Collections Inc., Stephen W. Biegel, RFC Distributors Inc., and Barry Klein that this action is hereby dismissed with prejudice and without costs to any party under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Stipulation may be executed in counterparts and a copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: January 25, 2022                        Dated: January 25, 2022

Plaintiff Robert DeVito                          Defendant Jeffrey Neiman

By: /s/ Brian L. Bromberg                  By: /s/ Jeffrey Neiman
     Brian L. Bromberg                          Jeffrey Neiman
     Bromberg Law Office, P.C.              8 Fillmore Avenue
     352 Rutland Road #1                   Staten Island, NY 10314
     New York, NY 11225                    Tel: (718) 761-2563
     Tel: (212) 248-7906

Dated: January  25 , 2022

Defendants Herman Jacobowitz and
Expedite Collections Inc.

By: /s/ David M. Barshay
    David M. Barshay
    Barshay Rizzo & Lopez
    445 Broadhollow Rd, Suite CL18
    Melville, NY 11747
    Tel: (631) 210-7272

Dated: January  25 , 2022

Defendants Barry Klein and
RFC Distributors Inc.

By: /s/ Peter Cipparulo, III
    Peter Cipparulo, III
    Law Offices of Peter Cipparulo, III, LLC
    349 Route 206, Suite K
    Hillsborough, NJ 08844
    Tel: (908) 275-8777

Dated: January  24 , 2022

Defendant Stephen W. Biegel

By: *Troy Lipp*
    Troy D. Lipp
    Cuddy & Feder LLP
    445 Hamilton Ave, 14th Floor
    White Plains NY 10601
    Tel: (914) 761-1300

Dated: January ___, 2022

SO ORDERED

_____
Hon. Allyne R. Ross, U.S.D.J.

Dated: _____, 2022