UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT DEVITO,

                              **Plaintiff,**

v.                                                   No. 19-CV-5099 (ARR)(RML)

JEFFREY NEIMAN,
HERMAN JACOBOWITZ a/k/a
HERMAN JACOBS,
EXPEDITE COLLECTIONS INC.,
STEPHEN W. BIEGEL,
RFC DISTRIBUTORS INC.,
BARRY KLEIN, and
JOHN DOES 1-10,

                              **Defendants.**

---

## Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Robert DeVito and counsel for Defendants Jeffrey Neiman, Herman Jacobowitz, Expedite Collections Inc., Stephen W. Biegel, RFC Distributors Inc., and Barry Klein that this action is hereby dismissed with prejudice and without costs to any party under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Stipulation may be executed in counterparts and a copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: January 25, 2022                           Dated: January 25, 2022

Plaintiff Robert DeVito                             Defendant Jeffrey Neiman

By: /s/ Brian L. Bromberg                       By: /s/ Jeffrey Neiman

     Brian L. Bromberg                             Jeffrey Neiman
     Bromberg Law Office, P.C.                 8 Fillmore Avenue
     352 Rutland Road #1                       Staten Island, NY 10314
     New York, NY 11225                       Tel: (718) 761-2563
     Tel: (212) 248-7906

Dated: January 25, 2022

Defendants Herman Jacobowitz and
Expedite Collections Inc.

By: /s/ David M. Barshay
David M. Barshay
Barshay Rizzo & Lopez
445 Broadhollow Rd, Suite CL18
Melville, NY 11747
Tel: (631) 210-7272

Dated: January 25, 2022

Defendants Barry Klein and
RFC Distributors Inc.

By: /s/ Peter Cipparulo, III
Peter Cipparulo, III
Law Offices of Peter Cipparulo, III, LLC
349 Route 206, Suite K
Hillsborough, NJ 08844
Tel: (908) 275-8777

Dated: January 24, 2022

Defendant Stephen W. Biegel

By: Troy Lipp
Troy D. Lipp
Cuddy & Feder LLP
445 Hamilton Ave, 14th Floor
White Plains NY 10601
Tel: (914) 761-1300

Dated: January ___, 2022

SO ORDERED

/s/(ARR)
_____
Hon. Allyne R. Ross, U.S.D.J.

Dated: 1/26/22, 2022

